[No. 1591-2. Division Two. February 4, 1976.]

NATIONAL SPIRITUALIST ASSOCIATION OF CHURCHES, ET AL, *Appellants*, v. CHAPEL OF HARMONY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 61095, Joseph H. Johnston, J. Pro Tem., entered August 30, 1974. *Reversed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 3213-1. Division One. February 9, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID KIZER, SR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 66970, David C. Hunter, J., entered August 1, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3834-1. Division One. February 9, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST EUGENE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8877, Byron L. Swedberg, J., entered April 15, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.

[No. 3384-1. Division One. February 9, 1976.]

*In the Matter of the Marriage of* DONNA GAIL RANNIGER, *Respondent, and* DAN E. RANNIGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D-60692, David C. Hunter, J., entered October 29, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and James, J.